IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESUS H. BORJAS,

    Plaintiff,

v

JOSEPH MCGRATH,

    Defendants.

Case No C 04-2252 JW

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on_. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General

☒ Other: California Department of Corrections and Rehabilitation, by phone, and Chief Medical Officer by phone

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____ .

☒ The parties are unable to reach an agreement at this time.

Date: 3/2/08

_____
Nandor J Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BORJAS                         No. C 04-2252 JW

v.                              CERTIFICATE OF SERVICE

MCGRATH
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/2/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Jesus H. Borjas**
E-89513
California Correctional Institution
P. O. Box 1902
Tehachapi, Ca 93581

RICHARD W. WIEKING, CLERK

By: /s/_____
         Deputy Clerk

3