1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JESUS H. BORJAS,                    )    No. C 04-02252 JW (PR)
                                          )
12              Plaintiff,               )    ORDER OF DISMISSAL OF CLAIMS
                                          )    AGAINST UNSERVED
13        vs.                            )    DEFENDANTS; DIRECTING
                                          )    PLAINTIFF TO PROVIDE
14                                        )    INFORMATION FOR REMAINING
     L. BREE, et al.,                     )    UNSERVED DEFENDANTS
15                                        )
                Defendant(s).            )
16                                        )
     _____   )

17

18          Plaintiff, a California prisoner, filed a pro se civil rights action under 42

19   U.S.C. § 1983 against various Pelican Bay State Prison officials for violations of

20   plaintiff's constitutional rights.  This order addresses the status of unserved

21   defendants.

22

23                            **DISCUSSION**

24   A.     Additional Information Not Provided for Defendants

25          On March 13, 2009, the Court ordered plaintiff to provide sufficient

26   information to serve unserved defendants Duncan, Johnson, R. Robers. Dr. D.

27   Winslow, Warden J. McGrath, A. Everett, A. Atkins and Schwartz.  (Docket No. 50.)

28

United States District Court
For the Northern District of California

1   Plaintiff was advised that he was responsible to provide sufficient information in

2   order for the Court to direct the United States Marshal to effect service under Fed. R.

3   Civ. P. 4(c)(2).  Plaintiff was warned that failure to provide this information within

4   thirty days from the date of the order would result in dismissal of the complaint

5   against these defendants under Rule 4(m) of the Federal Rules of Civil Procedure.

6        Plaintiff was granted an extension of time to comply with the court order on

7   May 28, 2009, such that he had an additional thirty days from that date to either

8   provide proof of service of the complaint on the defendants or provide the Court with

9   the information to allow the Marshal to effect service on his behalf.  The deadline has

10  long since passed, and plaintiff has failed to comply.  Accordingly, all claims against

11  these defendants are DISMISSED without prejudice under Rule 4(m) of the Federal

12  Rules of Civil Procedure.

13  B.   Remaining Unserved Defendants

14       In the March 13, 2009 order, the Court directed the clerk to issue summons on

15  defendants Dr. Srikureja, F. Guy, Sr., and Rogers at Pelican Bay State Prison as it

16  appeared that these defendants were not initially served.  (Docket No. 50.)

17       The summons for defendants Dr. Srikureja and F. Guy, Sr., were returned on

18  May 6, 2009, with the following comment: "The facility has no information on the

19  subject. The facility will not accept service."  (See Docket Nos. 57 & 58.)

20  Accordingly, these two defendants have not been served and are not at the location

21  provided by plaintiff.  Federal Rule of Civil Procedure 4(m) contemplates that service

22  of process normally will be accomplished within four months of the filing of the

23  complaint.  Although the Court can have the Marshal serve process on a defendant, it

24  is plaintiff's responsibility to provide a full name, including a first name or initial,

25  and address for each defendant to be served.  Plaintiff must provide the Court with

26  this information in a pleading no later than **thirty (30) days** from the date of this

27  order, in order for the Court to provide the United States Marshal with sufficient

28

Order of Dismissal; Inst. To P re Unserved Ds
P:\PRO-SE\SJ.JW\CR.04\Borjas02252_4m-dism.wpd          2

United States District Court
For the Northern District of California

1    information for service to be effected under Fed. R. Civ. P. 4(c)(2).  See Walker v.

2    Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994).  Failure to do so may result in dismissal

3    of the complaint against defendant Duncan under Rule 4(m).

4         The summons for defendant Rogers was returned on May 6, 2009, with the

5    following comment: "The facility has no information on the subject. The facility has

6    more than one 'Rogers'."  (See Docket No. 59.)  Accordingly, this defendant has not

7    been served.  Additional information is required from plaintiff in order to proceed

8    against this defendant.  Plaintiff must provide the first name or initial of defendant

9    Rogers to the Court in a pleading within **thirty (30) days** from the date of this order

10   in order for the Court to provide the United States Marshal with sufficient

11   information for service to be effected under Fed. R. Civ. P. 4(c)(2).  See Walker, 14

12   F.3d at 1422.  Failure to do so may result in dismissal of the complaint against this

13   defendant.

### CONCLUSION

16        For the foregoing reasons, the Court orders as follows:

17        1.    All claims against defendants Duncan, Johnson, R. Roberts, Dr. D.

18   Winslow, Warden J. McGrath, Dr. A. Everett, A. Atkins and Schwartz are dismissed

19   without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure.  The

20   clerk shall terminate these defendants from this action.

21        2.    Plaintiff shall provide the Court with the necessary  information

22   as discussed above for unserved defendants Dr. Srikureja, F. Guy, Sr., and Rogers in

23   a pleading **no later than thirty (30) days** from the date of this order.  Plaintiff must

24   provide the Court with sufficient information in order for the Court to provide the

25   United States Marshal with sufficient information for service to be effected under

26   Fed. R. Civ. P. 4(c)(2).  See Walker, 14 F.3d at 1422.  In the alternative, plaintiff may

27   provide proof of service of the complaint on these defendants.

28

**United States District Court**
For the Northern District of California

**Failure to comply with this order may result in dismissal of the complaint against these defendants under Rule 4(m) of the Federal Rules of Civil Procedure.**

DATED:   March 30, 2010

JAMES WARE
United States District Judge

United States District Court

For the Northern District of California

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

JESUS H. BORJAS,

                Plaintiff,

  v.

L. BREE, et al.,

                Defendants.

_____/

Case Number: CV04-02252 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____3/31/2010_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesus H. Borjas E-89513
Pelican Bay State Prison
P. O. Box 7500
Crescent city, Ca 95532

Dated: _____3/31/2010_____

                         Richard W. Wieking, Clerk
              /s/  By: Elizabeth Garcia, Deputy Clerk