J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
LAURA E. SEIDL (SBN 269891)
lseidl@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:  (510) 287-4160
Fax:  (510) 287-4161

Attorneys for Defendant
RANDY SID, M.D.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE

| | |
|---|---|
| JOSEPH LANE DURSMA,<br><br>          Plaintiff,<br><br>     v.<br><br>RANDY SID, M.D., et al.<br><br>          Defendants. | Case No.: 5:10-cv-01038-JW<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTION<br><br>Action Filed:   March 11, 2010 |

Defendant Randy Sid, M.D. submitted his Motion to Extend Deadline to File Motion for Summary Judgment or Other Dispositive Motion, his Notice of Motion, and the Declaration of Laura E. Seidl in Support Thereof to the Court.  The Court, having read and considered the motion and related papers, and all other matters presented to the Court, and good cause appearing therefore, hereby GRANTS the motion and makes the following an Order of the Court:

IT IS ORDERED that Defendant shall file a motion for summary judgment or other dispositive motion no later than **November 23, 2010.** The motion shall be supported by adequate factual documentation and, if applicable, shall conform in all respects to Federal Rule of Civil Procedure 56.  All papers filed with the Court shall be promptly served on Plaintiff.

{00069313.DOC/}DOC 0883                                                                                               *Dursma v. Sid, et al.*
[PROPOSED] ORDER GRANTING MOT. TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTION          5:10-cv-01038-JW

1

1   IT IS FURTHER ORDERED that Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendant no later than **sixty (60) days** after the date on which Defendant's motion is filed.  Plaintiff is referred to the Court's Order of Service filed May 27, 2010, at Docket No. 6, regarding summary judgment.

   IT IS FURTHER ORDERED that Defendant's reply brief shall be filed no later than **thirty (30) days** after the date Plaintiff's opposition is filed.

   IT IS FURTHER ORDERED that the motion shall be deemed submitted as of the date the reply brief is due.  No hearing will be held on the motion unless the Court so orders at a later date.

   IT IS SO ORDERED.

Dated:   November 1, 2010

_____
HONORABLE JAMES WARE
United States District Court Judge

{00069313.DOC/}DOC 0883
[PROPOSED] ORDER GRANTING MOT. TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTION

*Dursma v. Sid, et al.*
5:10-cv-01038-JW

2

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION