IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS H. BORJAS,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH McGRATH, et al.,<br><br>    Defendants.<br>_____/ | No. C 04-02252 JW (PR)<br><br>ORDER DISMISSING DEFENDANT SRIKUREJA |

    Plaintiff, a California prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff and defendant Srikureja have filed a notice of voluntary dismissal, stipulating the dismissal of defendant Srikureja from this action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Docket No. 91.) Accordingly, defendant Srikureja is DISMISSED from this action.

    The clerk shall terminate defendant Srikureja as a party to this action.

Dated: November 1, 2010

JAMES WARE  
United States District Judge

Order Dismissing Def. Srikureja  
P:\PRO-SE\SJ.JW\CR.04\Borjas02252_dism-Def.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JESUS H. BORJAS,

        Plaintiff,

  v.

JOSEPH McGRATH, et al.,

        Defendants.

Case Number: CV04-02252 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/1/2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesus H. Borjas E-89513
Pelican Bay State Prison
P. O. Box 7500
Crescent city, Ca 95532

Dated: 11/1/2010

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk